PRITCHARD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 2:23-cr-20191-MSN |
| | ) | |
| **Plaintiff,** | ) | **CR. No. _____** |
| | ) | |
| **v.** | ) | **18 U.S.C. § 242** |
| | ) | **18 U.S.C. § 1512(b)(3)** |
| **EMMITT MARTIN III,** | ) | **18 U.S.C. § 1512(k)** |
| **TADARRIUS BEAN,** | ) | |
| **DEMETRIUS HALEY,** | ) | |
| **DESMOND MILLS JR., and** | ) | |
| **JUSTIN SMITH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF PENALTIES

## COUNTS ONE AND TWO

[any term of years, or for life, or both, or may be sentenced to death; nmt $250,000, or both; nmt 5 yrs. supervised release, and a mandatory special assessment of $100]

## COUNTS THREE AND FOUR

[nmt 20 yrs. imprisonment, nmt $250,000 fine or both; nmt 3 yrs. supervised release, and a mandatory special assessment of $100.]