IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES,

    Plaintiff,

v.                               No. 23-20191

DEMETRIUS HALEY,

    Defendant.

---

SUPPLEMENT TO MOTION FOR REVIEW OF DETENTION ORDER

---

Comes now the defendant, Demetrius Haley, by and through his counsel of record, and supplements the motion to review the order revoking his bond and detaining him filed pursuant to 18 U.S.C. § 3145(b) on October 10, 2024 (R. 658, Motion for Bond Review) by noting that, since the filing of the transcript, the citation to the detention hearing in the pending motion should reflect R. 659, TR., 10/7/24, p. 11.

WHEREFORE, PREMISES CONSIDERED, Demetrius Haley prays this court conduct the statutory review, grant his motion, and order his bond reinstated pending the sentencing hearing set January 23, 2025.

Respectfully submitted,

S/Michael J. Stengel

_____
Michael J. Stengel (12260)
Lawyer for Demetrius Haley
619 South Cooper Street
Memphis, TN 38104
(901) 527-3535


/Stephen R. Leffler

_____
Stephen R. Leffler (11038)
Lawyer for Demetrius Haley
2670 Union Ave. Extd., Ste. 819
Memphis, TN 38112
(901) 509-9112


<u>Certificate of Service</u>

I hereby certify that I have served a copy of the foregoing Supplement to Motion for Revies of Detention Order by electronic means, via the Court's electronic filing system, on AUSA's David Pritchard, Libby Rogers, Kathryn Gilbert, Forrest Christian, and Andrew Manns this 21st day of October, 2024.


S/Michael J. Stengel