# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 21, 2025

Ms. Wendy R. Oliver
U.S. District Court
for the Western District of Tennessee
167 N. Main Street
Room 242
Memphis, TN 38103

Re: Case No. 24-6078, *USA v. Demetrius Haley*
Originating Case No. 2:23-cr-20191-3

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin L Baker, Case Manager for
Antoinette S. Macon, Case Manager
Direct Dial No. 513-564-7015

cc: Mr. Brant Levine
    Mr. Michael J. Stengel

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-6078

_____

Filed: March 21, 2025

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DEMETRIUS HALEY

       Defendant - Appellant


<u>MANDATE</u>

Pursuant to the court's disposition that was filed 02/27/2025 the mandate for this case hereby issues today.


COSTS:  None