# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Criminal No. 2:23-cr-20191-MSN |
| | ) |
| | ) |
| **EMMITT MARTIN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO SEAL

The United States moves to seal its Motion to Continue.  (ECF No. 840)  Local Rule 8.1 states that it is the policy of this District Court to allow any party to file a document under seal. The Court can subsequently decide precisely how long a sealed filing will remain under seal.

The parties in this case have filed various documents under seal.  Until the Court rules on the government's motion, the government – in an abundance of caution – seeks to file the motion under seal.

        Respectfully submitted,

        JOSEPH C. MURPHY, JR.
        Interim United States Attorney

By: s/ David Pritchard
        David N. Pritchard
        Assistant United States Attorney
        167 North Main, Suite 800
        Memphis, Tennessee 38103
        (901) 544-4231
        (Tennessee, BPR No. 018187)

HARMEET DHILLON
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

JESUS OSETE
Deputy Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

ANDREW MANNS
Trial Attorney
U.S. Dept. of Justice
Civil Rights Division, Criminal Section
950 Pennsylvania Ave, NW, 4CON
Washington, DC 20530
(202) 598-1581
FORREST CHRISTIAN
Deputy Chief
KATHRYN E. GILBERT
Special Litigation Counsel

cc: Clerk of the Court (W.D. Tenn.)

Case 2:23-cr-20191-MSN   Document 841   Filed 06/11/25   Page 3 of 3   PageID
15938

## **CERTIFICATE OF SERVICE**

I, David Pritchard, Assistant United States Attorney for the Western District of Tennessee, hereby certify that the foregoing pleading was filed under seal by electronic means via the Court's electronic filing system, and a copy of the pleading was emailed to counsel for Defendants.

This date: June 11, 2025.

                                                    */s/ David Pritchard*
                                                  David Pritchard
                                                  Assistant United States Attorney