IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                               CR. NO. 2:23-cr-20191-SHL

EMMITT MARTIN, III,
TADARRIUS BEAN, DEMETRIUS
HALEY, DESMOND MILLS, JR.,
AND JUSTIN SMITH

    Defendants.

DEFENDANT, JUSTIN SMITH'S, NOTICE OF JOINDER TO DEFENDANT,
DEMETRIUS HALEY'S, MOTION FOR NEW TRIAL [ECF NO. 861]

    COMES NOW the Defendant, Justin Smith, by and through his counsel of record, Martin Zummach, and files this his Notice of Joinder and would state as follows:

    1.    Justin Smith adopts the analysis, reasoning and legal arguments offered by counsel for Defendant, Demetrius Haley, in his Motion for New Trial [ECF No. 861] filed on June 17, 2025.

    2.    Justin Smith states that the arguments, both factual and legal, offered by counsel for Defendant Haley are equally applicable to the position of Justin Smith and would adopt the FRCrP 25(b)(2) arguments in particular as well as the evidentiary failures and errors of the original trial judge.

Respectfully Submitted,

<u>S/Martin Zummach</u>
Martin Zummach, #16352
Attorney for Defendant, Justin Smith
2889 Chattering Lane
Southaven, MS 38672
901-482-5909

CERTIFICATE OF SERVICE

      The undersigned certifies that on the 18th day of June, 2025, a copy of the foregoing document was electronically filed with court clerk using the ECF System, and that upon filing, a copy will be sent via the Court's ECF System to all registered parties in this case.

<u>S/Martin Zummach</u>