IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Cr. No. 2:23-cr-20191 |
| | ) |
| **EMMITT MARTIN, III, et. al.** | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

COMES NOW the undersigned counsel, pursuant to Local Rule 83.5 of the Western District of Tennessee, and files this motion to withdraw as counsel on behalf of the United States of America in this cause and be removed from the distribution list.

                                                      Respectfully submitted,

                                                      D. MICHAEL DUNAVANT
                                                     UNITED STATES ATTORNEY
                                                     WESTERN DISTRICT OF TENNESSEE

                   By:    s/William Joshua Morrow
                          WILLIAM JOSHUA MORROW
                          TN No. 026779
                          Assistant United States Attorney
                          109 South Highland Avenue, Suite 300
                          Jackson, Tennessee 38301
                          (731) 422-6220
                          Josh.Morrow@usdoj.gov

## CERTIFICATE OF SERVICE

    I, WILLIAM JOSHUA MORROW, do hereby certify that a true and exact copy of the foregoing motion has been electronically submitted to all counsel of record.

this the 6th day of November, 2025.

                                                          s/William Joshua Morrow
                                                          WILLIAM JOSHUA MORROW
                                                          TN No. 026779
                                                          Assistant United States Attorney